NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7044

STEVEN PREMINGER,

Petitioner,

v.

SECRETARY OF VETERANS AFFAIRS,

Respondent.

On petition for review pursuant to 38 U.S.C. Section 502.

ON MOTION

Before LOURIE, Circuit Judge.

## ORDER

The Secretary of Veterans Affairs moves for leave to file his brief out of time.

Steven Preminger opposes. The Secretary replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The Secretary's motion is granted.

FOR THE COURT

NOV 1 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Scott J. Rafferty, Esq.
Jane W. Vanneman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 9 2009

JAN HORBALY
CLERK